United States Bankruptcy Court
District of New Hampshire

In re:                                                                    Case No. 21-10319-BAH
Mark Steven Reggiannini                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                                 User: admin                                Page 1 of 2
Date Rcvd: May 13, 2021                        Form ID: 309A                          Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark Steven Reggiannini, 675 Wilson Mesa Ranch Circle, Placerville, CO 81430 |
| tr | + | Edmond J. Ford, Trustee, Ford, McDonald, McPartlin & Borden, P.A., 10 Pleasant St., Suite 400, Portsmouth, NH 03801-4551 |
| 3127420 | | Anesthesia Care Group, 2600 University Pkwy, Coralville, IA 52241-3204 |
| 3127425 | | Huggins Hospital, 477 N Main St, Wolfeboro, NH 03894-4313 |
| 3127428 | | Jenine Durland, 675 Wilson Mesa Ranch Cir, Placerville, CO 81430 |
| 3127433 | | Monterey Collection SV, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 3127435 | + | Nordstrom/TDBANK, 13531 E Caley, Englewood, CO 80111-6505 |
| 3127437 | # | Rachel McQueeney, 3333 E Bayaud Ave Apt 303, Denver, CO 80209-2903 |
| 3127438 | | VW Credit Inc, 140 Franklin Blvd, Libertyville, IL 60048 |
| 3127439 | | Wolfeboro Medical Imaging, PC, Po Box 1849, Lewiston, ME 04241-1849 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bk@randallclark.org | May 13 2021 17:41:00 | Randall Baldwin Clark, 80A West Hollis Road, Hollis, NH 03049 |
| smg | | Email/Text: midge.mudge@dol.nh.gov | May 13 2021 17:41:00 | Wage and Hour Administrator, NH Department of Labor, P.O. Box 2076, Concord, NH 03302-2076 |
| ust | + | Email/Text: ustpregion01.mr.ecf@usdoj.gov | May 13 2021 17:41:00 | Office of the U.S. Trustee, James C. Cleveland Building, 53 Pleasant Street, Suite 2300, Concord, NH 03301-3937 |
| 3127419 | + | EDI: AMEREXPR.COM | May 13 2021 21:43:00 | American Express, Po Box 981537, El Paso, TX 79998-1537 |
| 3127421 | | EDI: BANKAMER.COM | May 13 2021 21:43:00 | Bank of America, 4060 Ogeltown, Newark, DE 19713 |
| 3127422 | + | EDI: TSYS2.COM | May 13 2021 21:43:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 3127423 | + | EDI: CONVERGENT.COM | May 13 2021 21:43:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 3127424 | | EDI: DISCOVER.COM | May 13 2021 21:43:00 | Discover, Po Box 15316, Wilmington, DE 19850-5316 |
| 3127432 | | EDI: CITICORP.COM | May 13 2021 21:43:00 | Macys/DSNB, Po Box 8218, Mason, OH 45040-8218 |
| 3127426 | + | EDI: IIC9.COM | May 13 2021 21:43:00 | I.C. Systems, INC, Po Box 64378, Saint Paul, MN 55164-0378 |
| 3127427 | | EDI: IRS.COM | May 13 2021 21:43:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 3127429 | | EDI: JPMORGANCHASE | | |

District/off: 0102-1 | User: admin | Page 2 of 2
Date Rcvd: May 13, 2021 | Form ID: 309A | Total Noticed: 26

| | | | | |
|---|---|---|---|---|
| | | | May 13 2021 21:43:00 | JPMCB Card Services, 301 N Walnut St Floor 9, Wilmington, DE 19801 |
| 3127431 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2021 17:48:13 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 3127430 | | Email/Text: bk@lendingclub.com | May 13 2021 17:41:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 3127434 | | Email/Text: paula.tilley@nrsagency.com | May 13 2021 17:41:00 | Nationwide Recovery SV, Po Box 8005, Cleveland, TN 37320-8005 |
| 3127436 | | EDI: PRA.COM | May 13 2021 21:43:00 | PORTFOLIO RECOVERY, 150 CORPORATE BLVD, Norfolk, VA 23502 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2021    Signature:    /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Mark Steven Reggiannini<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8823 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Hampshire Live Database | Date case filed for chapter: | 7  May 12, 2021 |
| Case number: | 21–10319–BAH | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Steven Reggiannini | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 675 Wilson Mesa Ranch Circle<br>Placerville, CO 81430 | |
| 4. | **Debtor's attorney**<br>Name and address | Randall Baldwin Clark<br>80A West Hollis Road<br>Hollis, NH 03049 | Contact phone 603–801–3039<br><br>Email:  bk@randallclark.org |
| 5. | **Bankruptcy trustee**<br>Name and address | Edmond J. Ford<br>Trustee<br>Ford, McDonald, McPartlin & Borden, P.A.<br>10 Pleasant St., Suite 400<br>Portsmouth, NH 03801 | Contact phone (603) 373–1737<br><br>Email:  calendar@fordlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 55 Pleasant Street<br>Room 200<br>Concord, NH 03301–3941 | Hours open:<br>8:30am–4:30pm<br><br>Contact phone 603–222–2600<br><br>Date: May 13, 2021 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 8, 2021 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For meeting call–in number and passcode see the entry on the case docket or contact the trustee listed on the reverse of this notice.** | Location:<br><br>**The meeting will be held TELEPHONICALLY** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** August 9, 2021 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** **Trustee** | The trustee named on the reverse side is the interim trustee appointed in this case by the U.S. Trustee to serve under the general blanket bond heretofore approved. | |