UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 21-10319-BAH |
| Mark Steven Reggiannini | Chapter 7 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

      Please take notice that the undersigned appears for **Nationstar Mortgage LLC d/b/a Mr. Cooper** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Tracy A. Kish, Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851.

Date:  May 28, 2021

                                      Respectfully submitted,
                                      Nationstar Mortgage LLC d/b/a Mr. Cooper
                                      By its attorney,

                                      /s/ Tracy A. Kish
                                      Tracy A. Kish, Esquire
                                      BNH# 21256
                                      Korde & Associates, P.C.
                                      900 Chelmsford Street, Suite 3102
                                      Lowell, MA 01851
                                      Tel: (978) 256-1500
                                      bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re:<br>Mark Steven Reggiannini | Case Number 21-10319-BAH<br>Chapter 7 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tracy A. Kish, Attorney for **Nationstar Mortgage LLC d/b/a Mr. Cooper** hereby certify that on May 28, 2021 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of New Hampshire using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants;

Office of the U.S. Trustee
Edmond J. Ford, Trustee
Randall Baldwin Clark, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Mark Steven Reggiannini
675 Wilson Mesa Ranch Circle
Placerville, CO 81430

/s/ Tracy A. Kish
Tracy A. Kish, Esquire
BNH# 21256
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

21-038354 / BK01