# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:  Bk. No. 21–10319–BAH
Chapter 7

Mark Steven Reggiannini
    Debtor

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On May 12, 2021, a Chapter 7 Voluntary Petition for Individuals was filed in this case (Doc. No. 1). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **June 25, 2021**.

Date: June 11, 2021

    Bonnie L. McAlary
    Clerk of Court
    By: /s/ P. Ptak
    Deputy Clerk

Form ntcdisdec–316